AO 245H (Rev 9/00) Judgment in a Misdemeanor/Petty Offense Criminal Case (Short Form) Sheet 1 (USAO 07/28/2002: BJS 6/2013)

Case 3:20-cr-05239-CVB   Document 16   Filed 07/19/21   Page 1 of 1

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

FILED _____ LODGED
_____ RECEIVED
07/19/2021
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (Short Form) |
| JUSTICE A. JOHNSON | CASE NUMBER: CR20-5006 |

_____Jerome Kuh_____
Defendant's Attorney

☒ **THE DEFENDANT** pleaded guilty to Count I of the Information (misdemeanor)

| Title & Section | Nature of Offense | Offense Ended | Count No. |
|---|---|---|---|
| 18 U.S.C. §§ 7 and 641 | Theft of Government Property (Less than $1,000.00) | 12/23/2019 | I |

☒ Counts   II and III   ☐ is   ☒ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.
**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

| Total: | Fine | Assessment | Processing Fee | Payable Within/By |
|---|---|---|---|---|
| $150 | $125 | $25.00 | $ N/A | Within 10 months |

| | | |
|---|---|---|
| Defendant's SSN: | XXX-XX-5247 | *s/ Barbara J. Sievers* |
| | | BARBARA J. SIEVERS, Assistant United States Attorney |
| Defendant's DOB: | XX-XX-1998 | |
| | | July 19, 2021 |
| Defendant's USM No: | N/A | Date of Imposition of Judgment |
| | | *Theresa L. Fricke* (signature) |
| Via zoom Justice Johnson | | |
| Defendant's Signature | | Signature of Magistrate Judge |
| | | THE HONORABLE THERESA L. FRICKE |
| | | United States Magistrate Judge |
| | | 7-19-2021 |
| | | Date |